IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DUSTIN NEAL BROWN, ADC #105750                                                    PLAINTIFF

v.                                    No. 4:12CV00105 JLH

CAMILLE BENNETT, Judge, Lonoke, AR;
SUN DEAN FREEBY; WILL FELAND;
DEBORAH OGLESBY; CITY OF LONOKE;
and LONOKE COUNTY, ARKANSAS                                                       DEFENDANT

## ORDER

Dustin Neal Brown has filed a motion to dismiss his complaint without prejudice. That motion is granted. Document #3. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 20th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE